■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESHAWN JAMES, Appellant. [49 NYS3d 912]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered June 30, 2015, convicting him of robbery in the first degree and robbery in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 267 [2011]; *People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Brown*, 122 AD3d 133, 145 [2014]). However, contrary to his contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contention is without merit. Rivera, J.P., Balkin, Chambers and Cohen, JJ., concur.